## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Courtney Bernard Clark, | Civil No. 15-2778 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Commissioner Tom Roy, Nannette Larson, Dr. Schmult properly known as Dr. Derek J. Schmidt, Centurion of Minnesota, Dr. Stephen Craane, Kathy Reid, David Reishus, and Katherine Powers, | |
| Defendants. | |

Courtney Bernard Clark, *Pro Se*, Inmate Number 177753, MCF–Moose Lake, 1000 Lake Shore Drive, Moose Lake, Minnesota 55767

Timothy S. Christensen, Minnesota Attorney General's Office, 445 Minnesota St., Suite 900, St. Paul, MN 55101, for Defendants Tom Roy, Nannette Larson, Kathy Reid, David Reishus, and Katherine Powers

Charles A. Gross, Geraghty, O'Loughlin & Kenney, PA, Alliance Bank Center, Suite 1100, 55 East Fifth Street, St. Paul, Minnesota 55101, for Defendant Dr. Schmult properly known as Dr. Derek J. Schmidt

Anthony J. Novak and Mark A. Solheim, Larson King, LLP, 30 East Seventh Street, Suite 2800, St. Paul, Minnesota 55101, for Defendants Centurion of Minnesota and Dr. Stephen Craane

SUSAN RICHARD NELSON, United States District Judge

Before the Court is the Objection of Plaintiff Courtney Bernard Clark ("Clark") [Doc. No. 289] to this Court's Order of January 11, 2017 [Doc. No. 288].

Because an objection to an order of a district court judge is procedurally improper, the Court construes Clark's objection as a motion for reconsideration. Under the local rules of this Court, "[e]xcept with the court's prior permission, a party must not file a motion to reconsider." D. Minn. L.R. 7.1(j). Clark did not seek the Court's leave prior to filing his motion. However, even considering his motion for reconsideration on the merits, it is denied for the reasons set forth in the Order of January 11, 2017.

**THEREFORE, IT IS HEREBY ORDERED** that:

Plaintiff's Objection [Doc. No. 289] to the Court's Order of January 11, 2017, which the Court construes as a motion for reconsideration, is **DENIED**.

Dated:   January 23, 2017                    s/Susan Richard Nelson
                                             SUSAN RICHARD NELSON
                                             United States District Judge